IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOOST WORLDWIDE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-666 (MN)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO
SUBSTITUTE DEFENDANT AND AMEND CAPTION**

WHEREAS, Plaintiff's original Complaint (D.I. 1) named Boost Worldwide, LLC ("Boost") as the sole defendant;

WHEREAS, Boost is not a relevant operating entity with respect to the acts alleged in Plaintiff's Complaint;

WHEREAS, the acts alleged in Plaintiff's Complaint, to the extent that Boost understands them, would be attributable to SprintCom, Inc. ("SprintCom");

WHEREAS, Boost and SprintCom desire to substitute SprintCom, Inc. for Boost Worldwide, LLC without any admission as to the truth or falsity of the allegations in Plaintiff's Complaint;

WHEREAS, SprintCom will not object to relevant, non-privileged discovery on the basis that the information, documents, witnesses, or other evidence sought is outside its control, when such information is within the possession, custody, or control of Boost;

WHEREAS, SprintCom will not seek to avoid liability for any of the acts alleged in the Complaint on the basis that the functionality accused of infringement is performed by a different subsidiary of Sprint Corporation;

WHEREAS, Boost will not file a declaratory judgment action during the pending litigation relating to the claims asserted in the Complaint against Boost in this action;

WHEREAS, the below stipulation is made in reliance on the representations, warranties, and agreements made by SprintCom and Boost described herein;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that SprintCom, Inc. is substituted as the defendant in this action in place of Boost Worldwide, Inc., and the caption shall be amended as follows: *Rothschild Broadcast Distribution Systems, LLC v. SprintCom, Inc.*, C.A. No. 20-666 (MN).

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Ste. 350
Wilmington, DE  19808
(302) 999-9480
chong@chonglawfirm.com

*Attorneys for Rothschild Broadcast Distribution Systems, LLC*

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Defendant Boost Worldwide, LLC and SprintCom, Inc.*

June 30, 2020

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge