# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**SPRINTCOM, INC.,**<br><br>    Defendant. | **CIVIL ACTION NO. <u>1:20-cv-00666-MN</u>** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Sprintcom, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation shall finally resolve the Action between the parties.

Dated: December 21, 2020             Respectfully submitted,

*/s/Jimmy Chong*
**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM, P.A.**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

**ATTORNEY FOR PLAINTIFF**

*/s/Stephen J. Kraftschik*
**Christina Belitz Vavala**
Polsinelli PC

222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
Fax: (302) 252-0921
Email: cvavala@polsinelli.com

**Stephen J. Kraftschik**
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0926
Fax: (302) 252-0921
Email: skraftschik@polsinelli.com

**ATTORNEYS FOR DEFENDANT**